***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

RECEIVED
AUG 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MEDport, INC.

v.

Civil Action No. 04-532-ML

KIRSTINE/HENDRICKS
d/b/a VitaMinder Company

## *STIPULATION*

In the above-entitled action, the parties agree that the following entry may be made:

The Complaint and Counterclaims may be dismissed in their entirety. Each party shall bear its own costs and attorneys' fees.

MEDport, INC.
By its attorneys,

[signature]
Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411

KIRSTINE/HENDRICKS
d.b.a. VitaMinder Company,
By its attorneys,

[signature]
Armando E. Batastini (6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel.: (401) 274-9200
Fax: (401) 276-6611

Dated: August __, 2005

SO ORDERED:

[signature: Mary M. Lisi]
The Honorable Mary Lisi, U.S.D.J.
Dated: August 18, 2005